UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONARCH LANDSCAPE HOLDINGS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>PAUL KAPSCH, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 21-cv-0371-BEN(BLM)<br><br>**ORDER DENYING PLAINTIFF'S EX PARTE REQUEST TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE/CASE MANAGEMENT CCONFERENCE**<br><br>**[ECF NO. 9]** |

On April 1, 2021, Plaintiff counsel filed an Ex Parte Request to Continue Early Neutral Evaluation/Case Management Conference. ECF No. 9. Plaintiff seeks to continue the Early Neutral Evaluation ("ENE") and Case Management Conference ("CMC") from April 8, 2021 to May 11, 2021 or at a date and time thereafter that is convenient for the Court. Id. In support, Plaintiff states that they have filed a Motion to Remand, which is currently set to be heard on May 10, 2021. Id.; see also ECF No. 8. Plaintiff further contends that if the "Motion to Remand is granted, this matter would be remanded to state court and this Court would be divested of jurisdiction over this matter." ECF No. 9. Defendant did not join this request. Id.

Civil Local Rule 16.1(c)(1) requires an ENE be held within forty-five (45) days of an answer being filed. See CivLR 16.1(c)(1). In addition, the mere filing of a motion does not toll the local rules nor justify delaying the case. Thus, Plaintiff's motion is **DENIED**. The ENE/CMC will remain scheduled for **April 8, 2021** at **9:00 a.m.** All other guidelines and requirements remain as previously set. See ECF No. 3.

**IT IS SO ORDERED**.

Dated: 4/5/2021

Hon. Barbara L. Major
United States Magistrate Judge