UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONARCH LANDSCAPE HOLDINGS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>PAUL KAPSCH, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 21-cv-0371-BEN(BLM)<br><br>**ORDER SETTING VIDEOCONFERENCE CASE MANAGEMENT CONFERENCE** |

On May 10, 2021, the Court held a videoconference Case Management Conference ("CMC") in the above-titled action. ECF No. 18. The case did not settle but progress toward settlement was made. To further settlement discussions, the Court will hold a videoconference Case Management Conference on **May 25, 2021** at **3:00 p.m.**

**IT IS SO ORDERED**.

Dated: 5/11/2021

Hon. Barbara L. Major
United States Magistrate Judge

1

21-cv-0371-BEN(BLM)